```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 15 09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
POPI BEGUM,                          :
                                     :
                Plaintiff,           :
            v.                       :     08 Civ. 7511(BSJ)
                                     :
WOODSIDE DISCOUNT AUTO CENTER,       :
CREDIT ACCEPTANCE CORPORATION        :
                                     :     **ORDER**
                                     :
                Defendants.          :
-------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

        After having reviewed Magistrate Judge Dolinger's Report

and Recommendation dated February 10, 2009, and having received

no objections thereto, I hereby confirm and adopt the Report in

its entirety, having been satisfied that there is no clear error

on the face of the record.  See Nelson v. Smith, 618 F. Supp.

1186, 1189 (S.D.N.Y. 1985).  Accordingly, a default judgment is

entered against defendant Woodside Discount Auto Center.


**SO ORDERED:**

                                    _____
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE


Dated:    New York, New York
          October 15, 2009